JANE DOE (A FICTITIOUS NAME) A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, MARTHA FISHER AND MAR-THA FISHER, INDIVIDUALLY, PLAINTIFFS-APPELLANTS, v. NEW JERSEY DIVISION OF YOUTH AND FAMILY SERV-ICES, NEW JERSEY DEPARTMENT OF INSTITUTIONS AND AGENCIES, HAROLD WELLS, RICHARD ZIEGLER AND JAMES OLIPHANT, DEFENDANTS-RESPONDENTS.

Argued April 19, 1982—Decided May 11, 1982.

*Jeffrey J. Chornoboy* argued the cause for appellants (*D'Alessandro, Sussman, Jacovino & Dowd*, attorneys; *Shannon Z. Taylor*, on the brief).

*Emerald L. Erickson*, Deputy Attorney General, argued the cause for respondents (*Irwin I. Kimmelman*, Attorney General of New Jersey, attorney; *Michael R. Cole*, Assistant Attorney General, of counsel; *Emerald L. Erickson*, on the brief).

*Phyllis G. Warren*, Assistant Deputy Public Defender, argued the cause for *amicus curiae* Office of the Public Defender (*Stanley C. Van Ness*, Public Defender, attorney; *T. Gary Mitchell*,

Assistant Deputy Public Defender, of counsel; *Phyllis G. Warren and T. Gary Mitchell,* on the brief).

PER CURIAM.

The judgment of the Appellate Division is reversed, substantially for the reasons expressed in the dissenting opinion of Judge Pressler, reported at 178 *N.J.Super.* 499, 504 (1981).

*For reversal*—Chief Justice WILENTZ, and Justices PASHMAN, CLIFFORD, SCHREIBER, HANDLER, POLLOCK and O'HERN—7.

*For affirmance*—None.